**Order entered September 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00687-CV

### MICHAEL R. REDLICH, Appellant

### V.

### BRENDA MIZE, Appellee

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2016-1-038CV**

## ORDER

Before the Court is appellant's motion for continuance seeking an extension of time to file appellant's corrected brief. We **GRANT** the motion and **ORDER** appellant to file his brief on or before September 15, 2016.

/s/    CRAIG STODDART
       JUSTICE